CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

REBECCA A. PERLMUTTER
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
Email: Rebecca.Perlmutter@usdoj.gov

GWENDELYNN BILLS
Trial Attorney
1301 New York Ave., NW, 11th Floor
Washington D.C., 20530
Telephone: (202) 616-2572
Fax: (202) 415-1793
Email: Gwendelynn.E.Bills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Nov 19, 2024, 11:43 am
Lucy H. Carrillo, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 24-00077 JMS |
|---|---|
| Plaintiff, | INFORMATION |
| vs. | [47 U.S.C. § 223(a)(1)(C), 47 U.S.C. § 223(a)(1)(A)] |
| DWAYNE YUEN, | |
| Defendant. | |

INFORMATION

The United States Attorney charges:

## COUNT 1
Harassing Telephone Communications
(47 U.S.C. § 223(a)(1)(C))

In or around January to February 2023, within the District of Hawaii and elsewhere, DWAYNE YUEN, the defendant, in interstate and foreign communications, used a telecommunications device without disclosing his identity and with intent to abuse, threaten, and harass VICTIM 5.

All in violation of Title 47, United States Code, Section 223(a)(1)(C).

## COUNT 2
Harassing Telephone Communications
(47 U.S.C. § 223(a)(1)(C))

In or around January to February 2023, within the District of Hawaii and elsewhere, DWAYNE YUEN, the defendant, in interstate and foreign communications, used a telecommunications device without disclosing his identity and with intent to abuse, threaten, and harass VICTIM 6.

All in violation of Title 47, United States Code, Section 223(a)(1)(C).

## COUNT 3
Harassing Telephone Communications
(47 U.S.C. § 223(a)(1)(C))

In or around January to February 2023, within the District of Hawaii and elsewhere, DWAYNE YUEN, the defendant, in interstate and foreign

communications, used a telecommunications device without disclosing his identity and with intent to abuse, threaten, and harass VICTIM 7.

All in violation of Title 47, United States Code, Section 223(a)(1)(C).

COUNT 4
Harassing Telephone Communications
(47 U.S.C. § 223(a)(1)(C))

In or around September 2022 to January 2023, within the District of Hawaii and elsewhere, DWAYNE YUEN, the defendant, in interstate and foreign communications, used a telecommunications device without disclosing his identity and with intent to abuse, threaten, and harass VICTIM 8.

All in violation of Title 47, United States Code, Section 223(a)(1)(C).

COUNT 5
Harassing Telephone Communications
(47 U.S.C. § 223(a)(1)(C))

In or around January 2021 to December 2022, within the District of Hawaii and elsewhere, DWAYNE YUEN, the defendant, in interstate and foreign communications, used a telecommunications device without disclosing his identity and with intent to abuse, threaten, and harass VICTIM 9.

All in violation of Title 47, United States Code, Section 223(a)(1)(C).

## COUNT 6
### Obscene and Harassing Telephone Communications
(47 U.S.C. § 223(a)(1)(A))

In or around June 2021, within the District of Hawaii and elsewhere, DWAYNE YUEN, the defendant, in interstate and foreign communications, by means of a telecommunications device, knowingly made, created, and solicited, and initiated the transmission of, any comment, request, suggestion, proposal, image, and other communication which is obscene and child pornography, with intent to abuse, threaten, and harass VICTIM 10.

All in violation of Title 47, United States Code, Section 223(a)(1)(A).

DATED: November 19, 2024, at Honolulu, Hawaii.

_____
CLARE E. CONNORS
United States Attorney
District of Hawaii

_____
REBECCA A. PERLMUTTER
Assistant United States Attorney
GWENDELYNN BILLS
Trial Attorney

United States v. Dwayne Yuen
Information, Cr. No. 24- 00077 JMS

4