IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>DWAYNE YUEN,<br><br>              Defendant. | CASE NO.: 23-CR-000106-JMS-01<br>               24-CR-00077-JMS-01<br><br>**MOTION TO WITHDRAW AS COUNSEL AND DECLARATION IN SUPPORT** |

COMES NOW, Defendant DWAYNE YUEN, by and through undersigned counsel, and hereby respectfully moves this Honorable Court for an Order granting withdrawal of undersigned counsel. This Motion is made pursuant to Local Rules for the United States District Court for the District of Hawaii ("CrimLR") Rule 44.3(b), the Code of Professional Responsibility, and the attached Declaration of Counsel, and such other evidence and argument as the Court may consider at any hearing on the instant motion.

Dated: April 9, 2025.

ALAN ELLIS

/s/ Alan Ellis
ALAN ELLIS
P.A. Bar No. 17430
*Pro Hac Vice*
Law Offices of Alan Ellis
2023 Revival Lane
Rio Vista, CA 94571
Telephone: 415-235-9058
Email: AELaw1@AlanEllis.com

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF HAWAII

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DWAYNE YUEN,

    Defendant.

CASE NO.: 23-CR-000106-JMS-01
            24-CR-00077-JMS-01

**DECLARATION OF COUNSEL**

I, ALAN ELLIS ("Declarant"), declare under penalty of perjury as follows:

1. Declarant is an attorney licensed to practice in the Commonwealth of Pennsylvania admitted to practice in this case *pro hac vice*.

2. Declarant is one of Defendant DWAYNE YUEN's present counsel of record.

3. Defendant Yuen also is represented in this matter by Alen Kaneshiro, Esq., who is based in Honolulu, Hawaii, and is an experienced federal criminal defense attorney.

4. Attorney Kaneshiro has represented Defendant Yuen as local counsel in this matter but will now become lead counsel.

5. Defendant Yuen has requested that the undersigned withdraw from continued representation of him.

6. Declarant submits good cause exists to grant leave to withdraw as counsel in light of Defendant Yuen's request and given that Defendant Yuen will continue to be represented by Attorney Kaneshiro.

I, ALAN ELLIS, declare under penalty of perjury that the forgoing is true and correct.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: April 9, 2025.

ALAN ELLIS

/s/ Alan Ellis
ALAN ELLIS
P.A. Bar No. 17430
*Pro Hac Vice*
Law Offices of Alan Ellis
2023 Revival Lane
Rio Vista, CA 94571
Telephone: 415-235-9058
Email: AELaw1@AlanEllis.com

# CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2025, the foregoing MOTION TO WITHDRAW AS COUNSEL was filed electronically and a copy was served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          /s/Alan Ellis
                                          ALAN ELLIS